UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIO CELLI,

Plaintiff,

-against-

JUDGE ENGELMAYER, et al,

Defendants.

22-CV-6542 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated August 10, 2022, the Court directed Plaintiff, within thirty days, to

resubmit the signature page of the complaint, and either pay the $402.00 in filing fees that are

required to file a civil action in this Court or submit a completed request to proceed *in forma*

*pauperis* (IFP) and prisoner authorization. That order specified that failure to comply would

result in dismissal of the complaint. Plaintiff has not submitted the signature page, paid the fees,

or filed an IFP application and prisoner authorization.[1] Accordingly, the complaint is dismissed

without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates

good faith when he seeks review of a nonfrivolous issue).

---

[1] Plaintiff submitted the complaint with his address of record located in Wappingers Falls, NY. However, the "inmate locator" feature of the Federal Bureau of Prisons' (BOP) website indicated that Plaintiff was in custody at FMC Lexington in Kentucky. On August 11, 2022, the Clerk of Court mailed copies of the order to Plaintiff at his address of record and at FMC Lexington. On September 29, 2022, the copy of the order that was mailed to FMC Lexington was returned as undeliverable, although the BOP's inmate locator continues to indicate that Plaintiff is still incarcerated there. See https://www.bop.gov/inmateloc/ (last visited on Oct. 13, 2022).

The Clerk of Court is directed to issue judgment in this case.

SO ORDERED.

Dated:    October 13, 2022
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge
