UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIO CELLI,

                              Plaintiff,

              -against-

JUDGE ENGELMAYER, ET AL

                              Defendants.

22-CV-6542(LTS)

CIVIL JUDGMENT

For the reasons stated in the October 13, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 13, 2022
         New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge